UNION PLANTERS BANK,
N.A., Respondent,

v.

HEALTHSTYLE FURNITURE, LLC,
Tilford Hearsh, Mark Hearsh, Jeffery
Collier, Linda Collier, Defendants,

and

Anita Hearsh, Appellant.

No. ED 86926.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 16, 2006.

Jonathan F. Andres, Clayton, MO, for appellant.

David C. Wasinger, St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

## ORDER

PER CURIAM.

The defendant, Anita Hearsh, appeals from summary judgment entered against her and in favor of the plaintiff, Union Planters Bank, by the Circuit Court of St. Louis County. The judgment awards Union Planters Bank $67,054.08 in damages and costs arising from a transfer of funds to Mrs. Hearsh from her daughter, another defendant in the Bank's lawsuit. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The trial court's judgment is affirmed. Rule 84.16(b)(5).